[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 22, 2011
JOHN LEY
CLERK

No. 10-14450
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-20039-ASG-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODNEY HERON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 22, 2011)

Before BARKETT, HULL and BLACK, Circuit Judges.

PER CURIAM:

Nathan D. Clark, appointed counsel for Rodney Heron, has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's renewed motion to withdraw is **GRANTED**, and Heron's conviction and sentence are **AFFIRMED**.